UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CAROLYN PERLIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:16-cv-10635-GCS-MKM<br><br>Hon. George Caram Steeh |

**STIPULATION AND ORDER TO AMEND
MOTION TO DISMISS BRIEFING SCHEDULE**

This Stipulation is entered into by and among Plaintiff Carolyn Perlin ("Plaintiff") and Defendant Time Inc. ("Time" or "Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, on February 19, 2016, Plaintiff filed the Class Action Complaint and Demand for Jury Trial (the "Complaint").

WHEREAS, on February 26, 2016, Time waived service of summons.

WHEREAS, on May 6, 2016, Time filed its Motion to Dismiss Plaintiff's Class Action Complaint and Demand for Jury Trial (the "Motion to Dismiss").

WHEREAS, pursuant to the applicable rules, Plaintiff's current deadline to file her opposition to Time's Motion to Dismiss is May 27, 2016.

WHEREAS, on May 16, 2016, the Supreme Court of the United States issued

its decision in *Spokeo, Inc. v. Robins* ("*Spokeo*").

WHEREAS, Defendant believes that the Supreme Court's decision in *Spokeo* further warrants dismissal of the Complaint.

WHEREAS, Plaintiff does not believe that the Supreme Court's decision in *Spokeo* provides a basis to dismiss the Complaint.

WHEREAS, on May 17, 2016, counsel for Defendant and counsel for Plaintiff conferred regarding how best to address whether and to what extent *Spokeo* affects Defendant's arguments that Plaintiff's Complaint should be dismissed.

WHERAS, the Parties believe that the best and most efficient way for the Parties to present the Court with their respective positions and arguments on Defendant's Motion to Dismiss, including what effect *Spokeo* has on that motion, is for Defendant to file a supplemental brief addressing *Spokeo*; Plaintiff to file one opposition brief that responds to the arguments set forth in both Defendant's initial and supplemental briefs; and Defendant to file one reply brief that responds to Plaintiff's opposition brief.

WHEREAS, accordingly, the Parties agree, and respectfully request that the Court enter an order modifying the Motion to Dismiss briefing schedule as follows:

- Defendant shall have until May 31, 2016 to file a supplemental brief of no more than 10 pages addressing the limited issue of how the Supreme Court's decision in *Spokeo* affects Defendant's position that Plaintiff's complaint should be dismissed;

- Plaintiff shall have until June 27 to file a combined opposition brief of no more than 35 pages responding to both Defendant's initial brief filed on May

6, 2016 and its supplemental brief addressing *Spokeo*; and

- Defendant shall have until July 11 to file a reply brief of no more than 12 pages responding to Plaintiff's opposition brief.

WHEREAS, the instant request is made in good faith and not for undue delay or any improper purpose.

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: May 19, 2016          By: /s/ Jeffrey Landis
                                              Marc Zwillinger
                                              marc@zwillgen.com
                                              Jacob Sommer
                                              jake@zwillgen.com
                                              Jeffrey Landis
                                              jeff@zwillgen.com
                                              ZWILLGEN PLLC
                                              1900 M. St. N.W., Ste. 250
                                              Washington, DC 20036
                                              (202) 706-5205

                                              *Counsel for Defendant Time Inc.*

Dated: May 19, 2016          By: /s/ Ari J. Scharg
                                              Ari J. Scharg
                                              ascharg@edelson.com
                                              Benjamin S. Thomassen
                                              bthomassen@edelson.com
                                              J. Dominick Larry
                                              nlarry@edelson.com
                                              EDELSON PC
                                              350 North LaSalle Street, Suite 1300
                                              Chicago, Illinois 60654
                                              Tel: 312.589.6370

Fax: 312.589.6378

Henry M. Scharg – P28804
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Perlin and the putative class*

IT IS SO ORDERED.

Entered: May 20, 2016       s/George Caram Steeh
                            HON. GEORGE CARAM STEEH
                            UNITED STATES DISTRICT JUDGE