UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CAROLYN PERLIN, individually and on behalf of all others similarly situated, | Case No. 16-cv-10635 |
| *Plaintiff*, | Hon. George Caram Steeh |
| v. | |
| TIME INC., a Delaware corporation, | |
| *Defendant*. | |

## PLAINTIFF'S WITNESS LIST

Plaintiff Carolyn Perlin, individually and on behalf of a Class of all others similarly situated ("Plaintiff"), and pursuant to the Court's Scheduling Order, (Dkt. 34), hereby submits this list of persons she currently believes she may call as witnesses at trial. Plaintiff reserves the right to amend or supplement this list.

1. Plaintiff Carolyn Perlin
   c/o Ari J. Scharg
   EDELSON PC
   350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
   Tel: 312.239.3362

2. Karan Simoneau
   c/o Mark Zwillinger
   ZWILLGEN PLLC
   1900 M St. NW, Ste. 250
   Washington, DC 20036
   Tel: 202.706.5205

3. Vance Turner
   c/o Mark Zwillinger

1

        ZWILLGEN PLLC
        1900 M St. NW, Ste. 250
        Washington, DC 20036
        Tel: 202.706.5205

4.    Darcy Sieber
       c/o Mark Zwillinger
       ZWILLGEN PLLC
       1900 M St. NW, Ste. 250
       Washington, DC 20036
       Tel: 202.706.5205

5.    Corporate representative of Time, Inc.
       Acxiom Corp.
       601 E. Third Street
       Little Rock, Arkansas 72201
       Tel: 501.342.7799

6.    Corporate representative of Acxiom Corp.
       601 E. Third Street
       Little Rock, Arkansas 72201
       Tel: 501.342.7799

7.    Corporate representative of Wiland Direct
       6309 Monarch Park Pl.
       Niwot, Colorado 80503
       Tel: 303-485-8686

8.    Corporate representative of Epsilon Data Management
       2550 Crescent Drive
       Lafayette, Colorado 80026
       Tel: 303-542-1600

9.    Corporate representative of iBehavior, Inc.
       2051 Dogwood
       Louisville, Colorado 80027
       Tel: 303-228-5000

10.   Corporate representative of Dataline, Inc.
       5 Vaughn Drive Suite 307

        Princeton, New Jersey 08540
        Tel: 609-452-6014

11. Corporate representative of InfoGroup, Inc.
    1020 E. 1st Street
    Papillon, Nebraska 68046
    Tel: 402-836-4500

12. Corporate representative of Experian Marketing Solutions, Inc.
    949 West Bond
    Lincoln, Nebraska 68521
    Tel: 402-475-2014

13. Corporate representative of Phoenix Data Processing
    One Oak Hill Center
    Suite 301
    Westmont, Illinois 60559
    Tel: 630 654 4400

14. Corporate representative of Salesforce.com, Inc.
    The Landmark @ One Market
    Suite 300
    San Francisco, California 94105
    Tel: 415-901-7000

15. Any and all individuals identified through discovery, including through documents or other discovery materials produced by Time, Inc., or through the Rule 30(b)(6) deposition testimony of Time, Inc.

16. Any and all individuals listed on Time, Inc.'s witness list

17. Any expert witnesses disclosed by Plaintiff pursuant to Federal Rule 26(a)(2), along with any expert witnesses necessary to rebut or refute the testimony of experts identified by Time, Inc.

18. Any and all witnesses necessary to identify, introduce, or authenticate any document, record, video recording or other tangible thing or evidence.

19. Any rebuttal witnesses.

20. Any surrebuttal witnesses.

Plaintiff reserves the right to amend or supplement this witness list.

Respectfully submitted,

**CAROLYN PERLIN**

Dated: December 1, 2017 By: /s/ Benjamin S. Thomassen
One of Plaintiffs' attorneys

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg (P28804)
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.496.1578

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, an attorney, certify that on December 1, 2017, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                            /s/ Benjamin S. Thomassen