UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CAROLYN PERLIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:16-cv-10635-GCS-MKM<br><br>Hon. George Caram Steeh |

STIPULATION AND ORDER FOR
EXTENSION OF DISCOVERY DEADLINES

This Stipulation is entered into by and among Plaintiff Carolyn Perlin ("Plaintiff") and Defendant Time Inc. ("Time" or "Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, on September 15, 2017, the Parties submitted an Amended Rule 26(f) Report and Discovery Plan, ECF 33 ("Discovery Plan").

WHEREAS, the Discovery Plan set February 2, 2018, as the deadline for the completion of discovery.

WHEREAS, the Parties have been working diligently to complete discovery.

WHEREAS, due to scheduling conflicts, the Parties require additional time in order to complete the depositions of Plaintiff and Time's Rule 30(b)(6) representative.

WHEREAS, the Parties have agreed to extend the deadline for the completion of discovery by approximately 30 days until March 5. The Parties have likewise agreed to extend the remaining dates in the Discovery Plan by approximately 30 days.

WHEREAS, the Parties agree, and respectfully request, that the Court extend the deadlines in the Discovery Plan by approximately 30 days as set forth below.

WHEREAS, the instant request is made in good faith and not for undue delay or any improper purpose.

NOW THEREFORE, the Parties stipulate that the remaining deadlines in the Discovery Plan shall be extended as follows:

| | |
|---|---|
| **Deadline to Complete Discovery**: | March 5, 2018 |
| **Deadline to File Motion for Class Cert.**: | April 12, 2018 |
| **Deadline to Oppose Class Cert.**: | May 14, 2018 |
| **Deadline to File Dispositive Motions**: | 30 days after ruling on class cert. |
| **Pretrial Conference Date**: | 30 days after ruling on dispositive motions. |

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: January 25, 2018 /s/ Jeffrey Landis
Marc Zwillinger
Jeffrey Landis
Nury Siekkinen
Zach Lerner
ZwillGen PLLC
1900 M St. NW, Ste. 250
Washington, DC 20036
(202) 706-5203
marc@zwillgen.com
jeff@zwillgen.com
nury@zwillgen.com

Lara Phillip
Honigman Miller Schwartz
and Cohn, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7400
lara.phillip@honigman.com

*Counsel for Defendant Time, Inc.*

Dated: January 25, 2018 By: /s/ Ari J. Scharg
Ari J. Scharg
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
ascharg@edelson.com

3

        Henry M. Scharg – P28804
        hmsattyatlaw@aol.com
        LAW OFFICE OF HENRY M. SCHARG
        718 Ford Building
        Detroit, Michigan 48226
        Tel: 248.596.1111
        Fax: 248.671.0335

        *Counsel for Plaintiff Perlin and the putative class*

IT IS SO ORDERED.

Entered: January 26, 2018        s/George Caram Steeh
                                                      THE HON. GEORGE CARAM STEEH
                                                      UNITED STATES DISTRICT JUDGE