IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CAROLYN PERLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 16-cv-10635<br><br>Hon. George Caram Steeh |

**INDEX OF EXHIBITS**

- Exhibit 1:  Settlement Agreement

    o   Exhibit 1-A:  Claim Form

    o   Exhibit 1-B:  Direct Email Notice

    o   Exhibit 1-C:  Direct Postcard Notice

    o   Exhibit 1-D:  Settlement Website Long Form Notice

    o   Exhibit 1-E:  Stipulated Undertaking Re: Attorneys' Fees and Costs

- Exhibit 2:  Declaration of Ari J. Scharg

    o   Exhibit 2-A:  Edelson PC Firm Resume