# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CAROLYN PERLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 16-cv-10635<br><br>Hon. George Caram Steeh |

## STIPULATED ORDER FOR THE FILING OF AN ENLARGED BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR <u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>

This Stipulation is entered into by and among Plaintiff Carolyn Perlin ("Plaintiff") and Defendant Time Inc. ("Time" or "Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, as set forth in Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the Parties have reached agreement on a class-wide settlement, which, if approved, will fully and finally resolve all claims against Defendant Time Inc. ("Defendant") related to the Michigan Video Rental Privacy Act.

WHEREAS, Plaintiff has made her greatest effort to keep her preliminary approval brief as succinct as possible.

WHEREAS, however, Plaintiff believes in good faith that the filing of a

1

brief in excess of twenty-five (25) pages is necessary to fully and effectively (i) address the factual and procedural posture of the case, (ii) set forth the material terms of the Parties' settlement agreement, (iii) demonstrate that the proposed settlement class warrants certification under Rule 23(b)(3) for settlement purposes, and (iv) demonstrate that the Parties' proposed settlement warrants preliminary approval. *See* E.D. Mich. LR 7.1(d)(3)(A).

WHEREAS, as such, Plaintiff's Unopposed Motion for Preliminary Approval is thirty-five (35) pages in length, exclusive of signatures.

**NOW, THEREFORE**, the Parties hereby STIPULATE and AGREE that Plaintiff may file an enlarged brief of thirty-five (35) pages in support of her Unopposed Motion for Preliminary Approval of Class Action Settlement.

Respectfully submitted,

Dated: June 14, 2018                /s/ Ari J. Scharg

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

        Eve-Lynn Rapp
        erapp@edelson.com
        EDELSON PC
        123 Townsend Street, Suite 100
        San Francisco, California 94107
        Tel: 415.212.9300
        Fax: 415.373.9435

        Henry M. Scharg
        hmsattyatlaw@aol.com
        LAW OFFICE OF HENRY M. SCHARG
        718 Ford Building
        Detroit, Michigan 48226
        Tel: (248) 596.1111
        Fax: (248) 671.0335

        *Counsel for Plaintiff Perlin and the putative class*

Dated: June 14, 2018        /s/ with consent of Jake Sommer

        Jake Sommer
        Marc Zwillinger
        Jeffrey Landis
        Nury Siekkinen
        Zach Lerner
        ZWILLGEN PLLC
        1900 M St. NW, Ste. 250
        Washington, DC 20036
        (202) 706-5203
        jake@zwillgen.com
        marc@zwillgen.com
        jeff@zwillgen.com
        nury@zwillgen.com

Lara Phillip
HONIGMAN MILLER SCHWARTZ
AND COHN, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7400
lara.phillip@honigman.com

*Counsel for Defendant Time Inc.*

IT IS SO ORDERED.

Entered: June 14, 2018          <u>s/George Caram Steeh</u>
                                THE HON. GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE