**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| CAROLYN PERLIN, individually and on behalf of the settlement class,<br><br>Plaintiff,<br><br>v.<br><br>TIME INC., a Delaware Corporation,<br><br>Defendant. | Case No. 16-cv-10635<br><br>Hon. George Caram Steeh |

## INDEX OF EXHIBITS

- Exhibit 1: Settlement Agreement
    - Exhibit 1-A: Claim Form
    - Exhibit 1-B: Direct Email Notice
    - Exhibit 1-C: Direct Postcard Notice
    - Exhibit 1-D: Settlement Website Long Form Notice
    - Exhibit 1-E: Stipulated Undertaking Re: Attorneys' Fees and Costs
- Exhibit 2: Declaration of Ari J. Scharg
    - Exhibit 2-A: Edelson PC Firm Resume
    - Exhibit 2-B: Edelson PC Expense Report
- Exhibit 3: Declaration of Carolyn Perlin